UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CODY CHRISTOPHER DANTIN     CIVIL ACTION

VERSUS     NUMBER: 18-11233

JUDGE HUGH LAROSE, *et al.*     SECTION: "M"(5)

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 6), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED Plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available court remedies.

IT IS FURTHER ORDERED that Plaintiff's claims under 42 U.S.C. § 1983 are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii).

New Orleans, Louisiana, this 28th day of February, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE